1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

JAMES WINN,

                      Plaintiff,

    vs.

BOYD TINSLEY,

                      Defendant.

Case No. 2:24-cv-00511-JHC

ORDER

Before the Court is Defendant's Motion to Dismiss Complaint and Compel Arbitration.  Dkt. # 6.  The Court has considered the materials filed in support of, and in opposition to, the motion; the rest of the file; and the governing law.  Being fully advised, the Court GRANTS in part and DENIES in part the motion as follows:

1.  The Court ORDERS the parties to proceed to arbitration of all of Plaintiff's claims in this matter.

2.  The Court DENIES without prejudice each party's request for attorney fees and costs. An award of attorney fees and costs may be sought from the arbitrator.

3.  The Court STAYS this action pending a final binding arbitration award.  The Court DIRECTS the parties to advise the Court promptly if the matter has resolved, either

through settlement or an arbitration award.  The parties must do so no later than ten (10) court days after settlement or award.

DATED this 21st day of May, 2024.

 

John H. Chun
United States District Judge