**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| JAMES WINN, | Case No.: 2:24-cv-00511-JHC |
| Plaintiff, | **ORDER** |
| vs. | |
| BOYD TINSLEY, | |
| Defendant. | |

Before the Court is Plaintiff's "Motion/Petition for Entry of Arbitration Award with Order for Entry of Judgment." Dkt. # 18. Defendant argues persuasively that the proper venue for such a motion is King County Superior Court. Dkt. # 19 at 2-3 (citing Dkt. # 13-1 ¶ 9 (venue provision in parties' agreement)). Plaintiff did not reply to this position. *See generally* Dkt. The Court thus deems Defendant's argument the sockdolager for this round between the parties and DENIES the motion.

DATED this 30th day of March, 2026.

_____
John H. Chun
United States District Judge

ORDER - 1