UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES WINN,

               Plaintiff,

    v.

BOYD TINSLEY,

               Defendant.

CASE NO. 2:24-cv-00511-JHC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1)  The parties are ORDERED to show cause by May 11, 2026 as to why this case should not be closed.

(2)  The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 4th day of May 2026.

Joshua C. Lewis
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk

MINUTE ORDER - 1